UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MARILYN L. HUFF)

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ARMANDO VAZQUEZ,<br>Defendant. | Case No. 24CR1014-H<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
|---|---|

Pursuant to the motion of the Defendant, **IT IS HEREBY ORDERED** that the terms of Mr. Vazquez's supervised release shall be modified as follows: Mr. Vazquez shall be permitted to travel within both Southern and Central Districts of California for employment purposes while on home detention, as well as travel to Tijuana, Mexico, for the purpose of participating in a criminal prosecution wherein his daughter is the victim of an inter-familial child molest case.

IT IS SO ORDERED.

DATED: 1/22/2025

_____
Honorable Marilyn L. Huff
United States District Judge